ROULMALDO MARTINEZ, an Infant, by His Mother and Natural Guardian, ROSA MARTINEZ, et al., Respondents, v. KAUFMAN-KANE REALTY CO., INC., Appellant.—

Concur — Markewich, J. P., Kupferman, McNally, Steuer and Macken, JJ.